# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**UNITED STATES OF AMERICA**

vs.

**JOHN HOLLAND,**
**WILLIAM MOORE, and**
**EDMUNDO COTA,**

      **Defendants.**

_____/

Case No.:
1:17-CR-00234-AT-CMS

## NOTICE OF APPEAL

NOTICE is hereby given that, pursuant to 18 U.S.C. § 3731 and Fed. R. App. P. 3(a)(1) and 4(b), the United States of America appeals to the United States Court of Appeals for the Eleventh Circuit from the order denying the Government's Motion to Admit Co-Conspirator Statements Pursuant to Federal Rule of Evidence 801(d)(2)(E) (Doc. 507), entered on November 15, 2022 (Doc. 596).[1]  The certification required under 18 U.S.C. § 3731 is attached.

---

[1] The Court issued an amended, redacted version of this order on November 21, 2022, in response to Defendant William Moore's motion to unseal the original order. (Doc. 610.)

                                          Respectfully submitted,

                                          KENNETH A. POLITE, JR.
                                          ASSISTANT ATTORNEY GENERAL
                                          CRIMINAL DIVISION
                                          U.S. DEPARTMENT OF JUSTICE

Date:  December 14, 2022       By:  /s/ John Scanlon
                                          John Scanlon, Assistant Chief
                                          D.C. Bar No. 983169
                                          202-353-4470 – john.scanlon@usdoj.gov

                                          Ligia Markman, Trial Attorney
                                          D.C. Bar. No. 997430
                                          202-794-2219 – ligia.markman@usdoj.gov

                                          United States Department of Justice
                                          Criminal Division, Fraud Section
                                          Health Care Fraud Unit
                                          1400 New York Ave., NW
                                          Washington, DC 20005

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, pursuant to L.R. 5.1 of the Northern District of Georgia, that the foregoing filing complies with the font and point selections approved by L.R. 5.1.

           By:   /s/ John Scanlon
                    John Scanlon, Assistant Chief
                    D.C. Bar No. 983169
                    202-353-4470 – john.scanlon@usdoj.gov

                    United States Department of Justice
                    Criminal Division, Fraud Section
                    1400 New York Ave., NW
                    Washington, DC 20005

# CERTIFICATE OF SERVICE

I, John Scanlon, certify that the foregoing has been served on all attorneys of record in the above-captioned case via ECF (redacted version) and email (unredacted version).

By: /s/ John Scanlon
John Scanlon, Assistant Chief
D.C. Bar No. 983169
202-353-4470 – john.scanlon@usdoj.gov

United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., NW
Washington, DC 20005